FILED

03/18/2020

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 19-0603

IN THE SUPREME COURT OF THE STATE OF MONTANA

DA 19-0603

_____

DENNIS BURMASTER, Personal Representative
of the ESTATE OF ROBERT W. BURMASTER,
Deceased,

       Plaintiff and Appellee,

     v.

DONALD A. RADFORD and CLAUDIA L.
RADFORD,

       Defendants and Appellants.

O R D E R

_____

Pursuant to the Internal Operating Rules of this Court, this cause is classified for submission on briefs to a five-justice panel of this Court.

The Clerk is directed to provide a copy hereof to Donald and Claudia Radford, to all counsel of record, and to the Honorable Shane Vannatta, District Judge.

For the Court,

Electronically signed by:
Mike McGrath
Chief Justice, Montana Supreme Court
March 18 2020